HAHN & HESSEN LLP
Mark T. Power (MP-1607)
Jeffrey Zawadzki (JZ-1656)
488 Madison Avenue
New York, New York 10022
Tel:  (212) 478-7200
Fax:  (212) 478-7400

      -and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD  21202
Tel:  (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Emhart Teknologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DANA CORPORATION, *et al.*, | : | Case No.: 06-10354 (BRL) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED**
<u>**IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES**</u>

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Emhart Teknologies, Inc. ("Emhart"), by its undersigned counsel, hereby submits the following issues to be presented on appeal, and designates the following items to be included in the record on appeal from the Order Valuing Reclamation Claims Filed in the Debtors' Chapter 11 Cases at Zero, entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on April 25, 2007 [Docket No. 5175]:

157175.002 - 1247833.1

## STATEMENT OF ISSUES ON APPEAL

Emhart states the following issues on appeal:

1. Whether the Bankruptcy Court erred, as a matter of law, in reconciling and establishing the value of Emhart's reclamation claim under 11 U.S.C. § 546(c) as $0.00.

2. Whether the bankruptcy court erred, as a matter of law, in holding that the Debtors' post-petition pledge of their assets to their post-petition DIP lenders, and the satisfaction of the Debtors' pre-petition secured debt with a potion of the proceeds of the DIP loan, constituted a disposition of the goods that were subject to reclamation claims so as to entirely defeated Emhart's reclamation claim.

3. Whether the Bankruptcy Court erred, as a matter of law, in finding that the Debtors' post-petition DIP Lenders qualified as buyers in the ordinary course or other good faith purchasers pursuant to Section 2-702 of the Uniform Commercial Code, without inquiring whether the DIP Lenders relied on the goods subject to reclamation claims, or whether the goods subject to reclamation claims were, in fact, necessary to satisfy the Debtors' secured debt.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

## DESIGNATION OF ITEMS TO BE
## INCLUDED IN RECORD ON APPEAL

Emhart hereby designates the following items to be included in the record on appeal:

| TAB NO. | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| 1 | 3/3/06 | 22 | Motion of Debtors and Debtors in Possession for an Order (A) Establishing Procedures for Resolving Reclamation Claims Asserted Against the Debtors and (B) Granting Certain Related Relief |
| 2 | 3/3/06 | 30 | Motion of Debtors for (I) an Interim Order Scheduling a Final Hearing and (II) Interim and Final Orders Authorizing Them to (A) Obtain Postpetition Financing; (B) Utilize Cash Collateral; and (C) Granting Adequate Protection to Prepetition Secured Parties, with Exhibits A-C |
| 3 | 3/3/06 | 55 | Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties and (III) Scheduling a Final Hearing |
| 4 | 3/6/06 | 74 | Notice of Final Hearing on Motion of Debtors for (I) an Interim Order Scheduling a Final Hearing (II) Interim and Final Orders Authorizing Them to (A) Obtain Postpetition Financing (B) Utilize Cash Collateral; and (C) Granting Adequate Protection to Prepetition Secured Parties |
| 5 | 3/6/06 | 82 | Order (A) Establishing Procedures for Resolving Reclamation Claims Asserted Against the Debtors and (B) Granting Certain Related Relief |
| 6 | 3/7/06 | 100 | Affidavit of Service of Docket Paper Nos. 22 and 30 |
| 7 | 3/29/06 | 721 | Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties |
| 8 | 3/29/06 | 724 | Amended Final Order (A) Establishing Procedures for Resolving Reclamation Claims Asserted Against the Debtors and (B) Granting Certain Related Relief |
| 9 | 6/30/06 | 1650 | Debtors' Notice of Reconciled Reclamation Claims |

| TAB NO. | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| 10 | 7/12/06 | 1808 | Notice of Supplemental Service of Debtors' Notice of Reconciled Reclamation Claims |
| 11 | 7/28/06 | 2398 | Objection of Emhart Teknologies, Inc. to Debtors' Notice of Reconciled Reclamation Claims |
| 12 | 9/20/06 | 3612 | Motion of Debtors for an Order (I) Bifurcating Consideration of Issues Relating to Reclamation Claims; (II) Establishing a Briefing Schedule for Consideration of Certain Common Issues; and (III) Granting Certain Related Relief, together with the Notice of Hearing thereto |
| 13 | 10/3/06 | 3715 | Daido Metal Bellefontaine's Limited Objection to Debtor's Notice of Hearing on Motion for an Order (I) Bifurcating Consideration of Issues Relating to Reclamation Claims; (II) Establishing a Briefing Schedule for Consideration of Certain Common Issues; and (III) Granting Certain Related Relief |
| 14 | 10/3/06 | 3724 | Joinder of Emhart Teknologies, Inc. to Daido Metal Bellefontaine's Limited Objection to Debtors' Notice of Hearing Motion for an Order (I) Bifurcating Consideration of Issues Relating to Reclamation Claims; (II) Establishing a Briefing Schedule for Consideration of Certain Common Issues; and (III) Granting Certain Related Relief |
| 15 | 10/13/06 | 3865 | Order (I) Bifurcating Consideration of Issues Relating to Reclamation Claims; (II) Establishing a Briefing Schedule for Consideration of Certain Common Issues; and (III) Granting Certain Related Relief; with Prior Lien Defense |
| 16 | 10/19/06 | 3929 | Transcript of Hearing Held on October 11, 2006 |
| 17 | 10/23/06 | 3939 | Initial Brief of Debtors and Debtors in Possession In Support of Prior Lien Defense to Reclamation Claims |
| 18 | 11/14/06 | 4070 | Affidavit of Service of First Request for Production of Documents to Debtor by Emhart Teknologies, Inc. |
| 19 | 12/1/06 | 4236 | Debtors' Objection to Discovery Requests, with Exhibits A-Q |
| 20 | 12/15/06 | 4369 | Limited Reply of Emhart Teknologies, Inc. to Responses and Objections of Debtors to Emhart Teknologies, Inc.'s First Request for Production of Documents |

| TAB NO. | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| 21 | 12/15/06 | 4372 | Affidavit of Service of Docket Paper No. 4369 |
| 22 | 1/19/06 | 4566 | Order Relating To Discovery Objections and Schedule with Respect to the Hearing on the Prior Lien Defense To Reclamation Claims |
| 23 | 1/26/07 | 4640 | Responsive Brief of Emhart Teknologies, Inc. to Debtors' Initial Brief in Support of Prior Lien Defense to Reclamation Claims, with Exhibit 1 |
| 24 | 2/16/07 | 4766 | Reply Brief of Debtors in Support of Prior Lien Defense to Reclamation Claims |
| 25 | 3/1/07 | 4925 | Transcript of Hearing Held on 2/28/07 |
| 26 | 4/19/07 | 5136 | Written Opinion/Memorandum Decision Regarding Reclamation Claims Under Section 546(c) of the BAPCPA |
| 27 | 4/26/07 | 5175 | Order Valuing Reclamation Claims Filed in The Debtors' Chapter 11 Cases at Zero. |

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
      May 14, 2007

Respectfully submitted,

 /s/  Mark T. Power
Mark T. Power (MP 1607)
Jeffrey Zawadzki (JZ 1656)

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Tel:  (212) 478-7200
Fax:  (212) 478-7400

-and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel:  (410) 727-6464
Fax:  (410) 385-3700

*Attorneys for Emhart Teknologies, Inc.*