HAHN & HESSEN LLP
Mark T. Power, Esq. (MP 1607)
Jeffrey Zawadzki, Esq. (JZ 1656)
488 Madison Avenue
New York, NY 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

    -and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Emhart Teknologies, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DANA CORPORATION, *et al.,* | : | Bankruptcy Case No.: 06-10354 (BRL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------x | | |
| EMHART TEKNOLOGIES, INC., | : | |
| | : | |
| Appellant, | : | District Court Case No.: 07-cv-05461-PAC |
| | : | |
| v. | : | |
| | : | |
| DANA CORPORATION, *et al.,* | : | |
| | : | |
| Appellee. | : | |
| ------------------------------------------------x | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    Marlena Graziano, duly sworn, deposes and says:

157175.002-1373394.1

1. I am over 18 years of age and live in Suffolk County, State of New York, and am not a party to the above action.

2. On December 4, 2007, I caused to be served by first class mail, a true copy of the *Notice of Withdrawal of Appeal* upon the parties listed on the attached service list, at the addresses shown, by depositing a true copy thereof in a depository of the United States Postal Service.

Marlena Graziano

Sworn to before me this
4th day of December, 2007

By: Susan Farrell
Notary Public

SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 2011

157175.002-1373394.1
909400.002-1248503.5

## SERVICE LIST

Marc S. Levin, Esq.
Acting General Counsel
Dana Corporation
4500 Dorr Street
Toledo, OH 43615

Corinne Ball, Esq.
Richard H. Engman, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Heather Lennox, Esq.
Carl E. Black, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jon D. Cohen, Esq.
Trent P. Cornell, Esq.
Scott N. Schreiber, Esq.
Stahl Cowen Crowley LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603

The BMC Group, Inc.
Attn: Dana Corporation Noticing
1330 East Franklin Avenue
El Segundo, CA 90245

The BMC Group, Inc.
Attn: Dana Corporation Noticing
P.O. Box 952
El Segundo, CA 90245-0952

Douglas Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Andy Velez-Rivera, Esq.
United States Trustee – Trial Attorney
United States Trustee (Region 2)
33 Whitehall Street, Suite 2100
New York, NY 10004

Dean A. Ziehl
Robert Feinstein
Debra I. Grassgreen
Harry Hochman
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
New York, NY 10017-2024

157175.002 - 1373423.1