HAHN & HESSEN LLP
Mark T. Power, Esq. (MP 1607)
Jeffrey Zawadzki, Esq. (JZ 1656)
488 Madison Avenue
New York, NY 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2007
```

-and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Emhart Teknologies, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| DANA CORPORATION, *et al.*, | Bankruptcy Case No.: 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |
| EMHART TEKNOLOGIES, INC., | |
| Appellant, | District Court Case No.: 07-cv-05461-PAC |
| v. | |
| DANA CORPORATION, *et al.*, | |
| Appellee. | |

------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEAL

PLEASE TAKE NOTICE:

Pursuant to the terms of the settlement described in the *Notice of Settlement of Claims and Related Matters with Emhart Teknologies, Inc. d/b/a Emhart Fastening Teknologies and Emhart Teknologies LLC* [Bankr. Ct. Docket No. 6991] (the "*Notice of Settlement*") filed by the

157175.002-1373394.1

above-captioned debtors with the United States Bankruptcy Court for the Southern District of New York on November 19, 2007 and the consideration to be received with respect thereto, and no objections having been filed as of December 3, 2007 at 4:00 p.m. to such Notice of Settlement, Emhart Teknologies, Inc. hereby withdraws its appeal of the *Memorandum Decision Regarding Reclamation Claims under Section 546(c) of the BAPCPA* entered April 19, 2007 by the Honorable Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York and Order related thereto entered April 25, 2007. Case Closed.

Dated: New York, New York
December 4, 2007

        HAHN & HESSEN LLP

        /s/ *Mark T. Power*
        Mark T. Power (MP 1607)
        Jeffrey Zawadzki (JZ 1656)
        488 Madison Avenue
        New York, New York 10022
        Tel: (212) 478-7200
        Fax: (212) 478-7400

        -and-

        MILES & STOCKBRIDGE P.C.
        Thomas D. Renda
        Patricia A. Borenstein
        10 Light Street
        Baltimore, MD 21202
        Tel: (410) 727-6464
        Fax: (410) 385-3700

        *Attorneys for Emhart Teknologies, Inc.*

SO ORDERED: DEC 0 7 2007

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

157175.002-1373394.1